| | DOCKET Yr. Number | FILING DATE Mo./Day/Yr. | | | | | DAMAGES Other | | | DOCKET Yr. Number |
|---|---|---|---|---|---|---|---|---|---|---|
| 101 1 CA | 73 0269-F | 01 24 73 | 1 | 442 | 1 | | xx | | 0114 | 73 0269-F |

**PLAINTIFFS** — cc 72-3060-F — **DEFENDANTS**

UNITED STATES OF AMERICA    xx    CITY OF BOSTON, a municipal corporation; JAMES H. KELLY, Commissioner, City of Boston Fire Department; NANCY B. BEECHER, JOSEPH M. DUFFY, RICHARD J. HEALY, WAYNE BUDD, HELEN C. MITCHELL, Commissioners, Massachusetts Civil Service Commission; and MABEL CAMPBELL, Director of the Massachusetts Division of Civil Service

Frederic R. Kellogg, AUSA

James M. Fallon
Dept. of Justice
Civil Rights Div., Employment Sec.
550 11th St., N.W.
Washington, D.C. 20530
202-739-4134
(when sending mail put on the envelope "DO NOT OPEN IN MAIL ROOM")

Consolidated with 84-2025
M. Robbins

Commissioners of Mass. Civil Service and Director of Civil Service
Walter H. Mayo, III    727-2216
373 State House
Boston, Mass. 02133
Edward D. Kalman, Deputy Asst. Atty.Gen

CITY OF BOSTON and JAMES H. KELLY
Thomas F. McKenna, Asst. Corp. Counsel
City of Boston Law Dept.
1 City Hall Sq., Boston 02201
722-4100, Ext. 686

**CAUSE**

Civil Rights Act of 1964
28 USC §1345

**1973**
Jan. 24    Complaint filed.
           Summons issued.

    31    Summons returned; service accepted for all defts. on 1/24/73, filed.

Feb. 9    Appearance of Walter H. Mayo, III as counsel for Commissioners of Civil Service for the Comm. of Mass. and the Director of Civil Service, filed.

     9    Defts. Commissioners of Civil Service for the Comm. of Mass. and the Director of Civil Service motion to enlarge fine for the filing of responsive pleadings pursuant to F.R.C.P. 6(b) to Feb. 23, 1973, filed. c/s.

    13    Answer of defts. City of Boston and James H. Kelly, filed. c/s.

    23    Appearance of Edward D. Kalman as counse for defts. Commissioners of Mass. Civil Service and Director of Civil Service, filed.

    23    Motion of defts. Comm. of Civil Service and Director of Civil service to dismiss pursuant to Fed. R. Civ. P. 12(b) (6), filed. c/s.

    23    Memorandum in support of motion to dismiss, filed.

Mar. 20   Government's memorandum in opposition to defts Commissioners and Director of Commonwealth div. of Civil Service motion to dismiss, filed. c/s.

UNITED STATES DISTRICT COURT DOCKET
CERTIFIED COPY _____ DATE

UNITED STATES DISTRICT COURT FOR:

| FILING OR ORDER DATE | |
|---|---|
| **1973** | |
| Apr. 2 | FREEDMAN, D.J. Hearing on deft. Comm. Civil Service to dismiss; arguments taken under advisement. |
| 6 | FREEDMAN, D.J. ORDER ENTERED: "...the Court ORDERS that defendants' motion to dismiss be, and is denied...." Copy to Messrs. Kellogg, Fallon, Kalman and McKenna. |
| Apr. 18 | Answer of defts. Commissioners of Civil Service and Director of Civil Service, filed. c/s |
| May 3 | Notice of taking depositions of GEORGE H. PAUL, WILLIAM D. SLATTERY, PAUL W. BUCHANAN, ROBERT COOK, ROBERT POWELL and LLOYD PHILLIPS on Monday, May 7, 1973, filed. c/s. |
| Jun 11 | Plaintiff's motion for expedited hearing, filed. |
| 11 | Memorandum in support of motion for expedited hearing, filed. c/s |
| 11 | Opposition to motion for expediated hearing, filed. c/s |
| 12 | Notice of taking depositions of MS. MABEL CAMPBELL, JOSEPH SEXTON, DR. PAUL COSTA, WILLIAM COX and HUNT BOWMAN ON Monday, June 18, 1973 at 1 p.m., filed. c/s. |
| 12 | FREEDMAN, D.J. Pltf's motion for expedited hearing "Denied at this time. Motion may be renewed in the fall." Copy to Messrs. Kellogg, Kalman, Fallon and McKenna. |
| 13 | Defts' motion for protective order pursuant to F.R. Civil P. 26(c), filed. c/s. |
| 14 | Case referred to Magistrate Davis re: Defts' motion for protective order pursuant to F.R. Civil P. 26 (c). |
| 14 | DAVIS, USM MEMORANDUM FILED: The parties having stipulated and agreed, no action is required on the defendants' motion for a protective order. |
| July 5 | Depositions of: James H. Kelly, George H. Paul, Paul W. Buchanan, Lloyd C. Phillips, Robert A. Cook and Robert Louis Powell, filed. |
| 9 | Pltf's motion for preliminary injunction, filed. Memo in support thereof, filed. |
| 12 | Defts opposition to motion for preliminary injunction, filed. Memo in support thereof, filed. |
| 18 | FREEDMAN, J. ORDER ENTERED. "....it is hereby ORDERED 1) Motion to consolidate 73-269 with 72-3060 is allowed. 2) a hearing on preliminary injunction will be held on 7/30/73 at 10AM....3) in hopes of eliminating some evidentiary matters at the hearing it is ORDERED a stipulation as to agreed uncontroverted facts be filed by July 27, 1973 at 4PM." Copies to all parties. |
| 18 | FREEDMAN, J. Hearing on motion to consolidate, ALLOWED; hearing on joint motions for P/I on 7/30/73. |

73-269-F                (2)

Ed Kalman - 727-8313

| CIVIL DOCKET (Continuation Sheet) 1973 FILING OR ORDER DATE | | Yr. 73 | Docket Number 269-F |
|---|---|---|---|

| | | |
|---|---|---|
| July 19 | Defts motion for production of documents, filed. | |
| 30 | FREEDMAN, J. Deft City of Boston's memo in opposition to pltfs motion for preliminary injunction filed. Conference in chambers - pre-hearing stipulation filed and marked as pltfs exhibit # 1. Hearing on pltfs motions for preliminary injunction; testimony; evidence; pltfs motion for certification of class; adjourned to 8/3/73 at 10AM. | |
| Aug. 3 | FREEDMAN, J. Conference; deft director and commissioner of civil service proposed order for certification of class, filed. Court allows motion for certification of class. Pltfs revised list of proposed exhibits for the hearing on preliminary injunction filed. Deft City of Boston's conference memo, filed. Injunction hearing continued to 9/11/73. Parties to report on 8/8/73 re any stipulations as to hiring practices during pendency of of injunction decision. | |
| 8 | FREEDMAN, J. Conference in chambers - no reporter. The court defines 2 sub-classes: 1) those who took exam and failed. 2) Those who did not take exam due to discriminatory practices. The court requests civil Servi to maintain the status quo on self imposed freeze with the provision that on emergency basis, fire depts by way of chiefs affidavits may request of the court permission to hire. With the exception of Boston, Cambridge, Springfield, Worcester and New Bedford, the civil service may certify for hiring in the remaining 346 communities thruout the state. | |
| 9 | FREEDMAN, J. ORDER MAINTAINING CASE AS CLASS ACTION ENTERED. Copies to parties. | |
| 13 | FREEDMAN, J. ORDER ENTERED. (Directing Civil Service to hire 20 permanent firemen to the Boston Fire Dept immediately.) Copies to counsel. | |
| 23 | Pltfs' motion for leave to depose Civil Service defts expert witness, file | |
| 24 | Defts opposition to motion for leave to depose Civil Service Expert, filed | |
| 27 | Magistrate's memo recommending pltf's motion to depose Civil Service defts be allowed, filed. | |
| 30 | FREEDMAN, J. "Magistrate's report adopted and allowed." Parties notified. | |
| 30 | Defts motion to review and stay magistrate's order relative to deposition of defts expert witness, filed. Memo in support thereof, filed. | |
| Sept.4 | Supplemental motion to stay magistrate's order relative to deposition of defts expert witness, filed. | |
| 4 | Notice of taking deposition of Thelma Hunt on 9/6/73, filed. | |
| 4 | Defts counter-designation of depositions, filed. | |
| 4 | Affidavit of service, filed. | |

| FILING OR ENTRY | |
|---|---|
| -1973- | Deposition of Thelma Hunt, filed. |
| Sept. 11 | FREEDMAN, J. Hearing on motion for preliminary injunction; testimony; evidence; pltf rests; continued to September 12, 1973. |
| 12 | FREEDMAN, J. Hearing continues on motion for preliminary injunction; testimony; evidence; continued to September 13, 1973. |
| 13 | FREEDMAN, J. Hearing continues on motion for preliminary injunction; testimony; evidence; continued to September 14, 1973. |
| 14 | FREEDMAN, J. Hearing continues on motion for preliminary injunction; testimony; evidence; state defts rest; continued to September 17, 1973. |
| 17 | FREEDMAN, J. Hearing continues on motion for preliminary injunction; Case of City of Boston begins; evidence; testimony; parties agree to consolidate hearing with hearing on the merits of exam only; appearance of Lawrence T. Bench for deft Civil Service filed; arguments; parties to file finding of law & memos within 30 days from this date. |
| Oct 17 | State defendant's proposed findings of fact and conclusions of law, filed. c/s |
| 18 | Pltfs motion to extend time to 10/26/73 for filing findings of fact and conclusions of law, filed. |
| 26 | Deft's proposed finding of fact, conclusions of law and order, filed. |
| 28 | Pltf's proposed findings of fact, conclusions of law and proposed relief on motion for preliminary injunction, filed. |
| 29 | NAACP's proposed findings of fact, conclusions of law and order, filed. Memo in support thereof, filed. |
| Nov. 2 | Defts motion to extend time for filing briefs to 11/14/73, filed. |
| 2 | Pltf USA'S post-hearing memo, filed. Errata filed. |
| 2 | Stipulation advancing and consolidating case on merits with motion on preliminary injunction, filed. |
| 14 | Post-hearing memo of state defts, filed. |
| 15 | Pltf's notice of taking depositions of: Mabel, Campbell, William McRell and Henry Mullowney on 11/20/73, filed. |
| 1974 Jan 11 | Affidavit of Edward W. Powers...., filed. |
| 11 | Affidavit of Dr. Paul T. Costa, Jr., filed. |
| 16 | Plaintiffs supplemental motion for preliminary injunction FILED cs. |

Reproduced at NARA-Northeast Region-Boston

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 73-269-F |
|---|---|---|
| USA | CITY OF BOSTON ETAL | PAGE 3 OF ___ PAGES |

| DATE | PROCEEDINGS | Date Order or Judgement Noted |
|---|---|---|
| 1974 | | |
| Jan. 17 | P's supplemental motion for preliminary injunction FILED with memorandum in support hereof and affidavit of James M. Fallon, all filed with cs. | |
| 22 | State Defendants' opposition to plaintiffs' supplemental motion for preliminary injunction FILED with cs. | |
| 23 | City of Boston's opposition to plaintiff's supplemental motions for preliminary injunction, filed. | |
| 30 | Interrogatories propounded by State Defendants to Boston Chapter NAACP INC., etals and United States of America FILED with cs. | |
| Feb. 8 | FREEDMAN, J. OPINION ENTERED. cc/cl. West, Mass. Lawyers Weekly | |
| 11 **** | FREEDMAN, J. ORDER ENTERED....amended decree....cc/cl. | |
| 14 **** | Defendants motion for stay of decree FILED with cs. | |
| 13 **** | Director and Commissioners of Civil Service notice of appeal filed. c/s | |
| 22 | Certified copy of docket entries and original pleadings delivered to the Court of Appeals. | |
| **** 20 | Cost Bond in the amt of $250.00 filed. | |
| Mar 5 | Exhibits delivered to the Court of Appeals under Supplemental Certificate. | |
| 5 | Stenographic transcripts of proceedings on July 30, Sept 11, 12, 13, 14, 17, 1973 delivered to the Court of Appeals under Supplemental Certificate. | |
| 4 | P's motion for clarification of the February 8, 1974 decree FILED with cs. | |
| 6 | FREEDMAN, J. ORDER ENTERED....on reconsideration, the Court feels that it acted prematurely in denying plaintiffs' request for damages and attorneys' fees as those issues have not been fully argued before the court. Accordingly, Paragraph 14 of the decree of February 8, 1974 shall be stricken from the decree and the issues to which it speaks considered at a later time. cc/cl | |

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 73-269-F |
|---|---|---|
| | | PAGE ___ OF ___ PAGES |

| DATE | PROCEEDINGS | Date Order or Judgement Noted |
|---|---|---|
| Mar 8 | Motion for protective order (assented to by all parties) FILED | |
| 8 | FREEDMAN, J. PROTECTIVE ORDER ENTERED.cc/cl. | |
| 12 | Proposed interim reporting order FILED. | |
| 13 | FREEDMAN, J. Re proposed interim reporting order -"ALLOWED".cc/cl. | |
| 26 | FREEDMAN, J. RE Defendants' Director and Commissioners of Civil Service, motion to extend period of expiration time of civil service firefighters eligible list - "ALLOWED UNTIL FURTHER ORDER OF COURT".cc/cl. | |
| Apr 9 | Pltffs exhibits #44 and 45 delivered to the Court of Appeals under Supplemental Certificate. | |
| 30 | Ps' motion for a determination that certain civil service Fire Departments are located in areas having a minority group population of less than one percent FILED with cs. | |
| May 7 | FREEDMAN, J. ORDER ENTERED....(re P's motion for determination).cc/cl. | |
| 8 | Ps' motion for a determination that certain civil service depts and Order delivered to the Court of Appeals under Supplemental Certificate. | |
| June 27 | Depositions of Paul W. Buchanan, Lloyd C. Phillips, Robert A. Cook, Robert L. Powell, George H. Paul, James H. Kelly delivered to the Court of Appeals under Supplemental Certificate. | |
| 1975 | | |
| Apr. 8 | Appearance of Asst. A.G. Marc Seigle as counsel for defendant Director, Civil Service filed. | |
| 8 | Stipulation relative to plaintiffs' use of the 1975 Civil Service Firefighter entrance examination FILED. | |
| Nov. 25 | Agreement to effectuate interim consent decree FILED AND APPROVED, FREEDMAN, J. cc/cl. | |
| 1976 | | |
| Oct. 28 | Motion of Robert Gallant, James Martin, Gary Dunkin and James Fahey to intervene as party plaintiffs filed cs | |
| Nov. 9 | Intervenors memorandum in opposition to intervenor's motion for relief from judgment and in opposition to plaintiffs'motion to amend decree FILED cs. | |

Reproduced at NARA-Northeast Region - Boston

Updated Counsel Sheet    8/28/90
for
CA Nos. 72-3060-MC
CA # 73-0269-MC
CA # 89-2025-MC
(firefighter case — City of Boston)

---

Toni Wolfman, Esq.
Foley, Hoag & Eliot
One Post Office Sq.
Boston, MA 02109

Alan Jay Rom, Esq.
Lawyers' Committee for Civil Rights Under Law
294 Washington St.
Boston, MA 02108

Nicholas Foundas, Esq.
Eisenstadt & Foundas
One Court St.
Boston, MA 02108

[illegible] Mangel, Esq.
U.S. Dept. of Justice – Civil Rights Division
Employment Litigation Section
P.O. Box 65968
Washington, D.C. 20035-5968

Michael D. Powers, Esq.
One Church Court
Charlestown, MA 02129

Stephen C. Pfaff, Esq.
Asst. Corporation Counsel
City of Boston Law Dept.
Room 615 – City Hall
Boston, MA 02201

Michael C. Bolden, Esq.
Asst. Corporation Counsel
City of Boston Law Dept.
Room 615 – City Hall
Boston, MA 02201

Alice Daniel, Esq.
Deputy Attorney General
One Ashburton Place
Boston, MA 02108
(Room 2019)

Thomas Barnico, Esq.
Asst. Attorney General
One Ashburton Place
Room 2019
Boston, MA 02108

| CIVIL DOCKET CONTINUATION SHEET | | | |
|---|---|---|---|
| PLAINTIFF: USA | DEFENDANT: CITY OF BOSTON | DOCKET NO. 73-269-F | PAGE 4 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 1977 Apr 6 | | **FREEDMAN, J.** FURTHER AGREEMENT TO EFFECTUATE INTERIM CONSENT DECREE ENTERED. cc/cl |
| 1985 Jan 04 | | CAFFREY, CH.J., ORDER ENTERED...In compliance with the mandate of the US Court of Appeals it is ORDERED: The motions for modification filed in the above-captioned cases are dismissed as moot. cc/cl. |
| 1989 Oct. 23 | | United States' Motion for consolidation of Cases with 89-2025-N FILED c/s |
| 23 | | United States' Memorandum in Support of Motion for Consolidation of Cases FILED c/s |
| 23 | | Notice of Appearance of Jennifer Levin for the United States in 73-269-C |
| 25 | | Plaintiffs in 89-2025-N Motion to Enlarge Time to Respond to United Sates' Motion to Consolidate FILED c/s |
| Dec. 21 | | CAFFREY, SDJ - Motion to Enlarge Time Allowed for 30 days FILED cc/cl |
| 1990 Feb. 1 | | Plaintiffs in 89-2025-N Motion to Enlarge Time to Respond to United States' Motion to Consolidate for 30 Days FILED c/s |
| 2 | | CAFFREY, SDJ - Re: Motion for Extension Allowed for 30 Days. FIELD cc/cl |
| 8 | | United States' Response to Motion to enlarge Time by Mackin Plaintiffs FIELD c/s |
| 12 | | CAFFREY, SDJ - Motion Allowed for a five day extension FILED cc/cl |
| 20 | | Plaintiffs in 89-2025-N Opposition to United States' Motion to Consolidate FILED c/s |
| 20 | | Plaintiffs Memorandum in Opposition to United States' Motion to Consolidate FILED c/s |
| March 6 | | Notice of Hearing on United States' Motion to Consolidate on 4/17/90 at 10:30AM Sent to Counsel FILED cc/cl |
| April 5 | | Notice of Appearance of Judith Mathis, Esq. on behalf of the United States FILED c/s |
| 17 | | CAFFREY, SDJ - Case called for hearing on Plaintiff's Motion to Consolidate with 89-2052-N; Arguments; Motion taken under advisement. |

DC-111A REV. (1/75)

Reproduced at NARA-Northeast Region-Boston

| CIVIL DOCKET CONTINUATION SHEET | | | |
|---|---|---|---|
| PLAINTIFF 1990 | DEFENDANT | DOCKET NO. PAGE ___ OF ___ PAGES | |
| DATE | NR. | PROCEEDINGS | |
| June 14 | | CAFFREY, SDJ - Memoarndum and Order  It is hereby ORDERED: 1. The above-captioned cases are transferred to Judge McNaught. 2. The docket before Judge McNaught shall be amended to reflect the activity in these cases before this Court. FILED cc/cl | |
| Aug 28 | | MCNAUGHT, D.J.  Counsel in all "3" civil actions appear for hearing on U.S.'s Motion for Consolidation with CA. 89-2025-N (Nelson, D.J.)  After hearing, Court allows Judge Nelson's case (CA. 85-2025-N) to be consolidated with CA. 72-3060-MC and 73-0269-MC. Counsel advise Court they will be filing a motion for preliminary injunction, at which time the matter will be set up for a hearing. | |
| | | MCNAUGHT, D.J.  re-United States' Motion for consolidation of Cases, "After hearing this date, the motion is Allowed.  CA. 89-2025-N now becomes CA. 2025-MC, consolidated with CA. 72-3060-MC & 73-0269-MC." | |
| Nov. 1 | | McNAUGHT, D.J. -- Counsel appear for Final Status Conference. This case is now consolidated with CA 89-2025-Mc.  Hearing on Pltff's Motion for PI set for 11/14/90 at 10 A.M.  No trial documents to issue at this time. | |
| 14 | | MCNAUGHT, D.J.  Hearing in all three cases (CA. 89-2025-MC and 72-3060-MC) on pltf's motion for preliminary injunction.  After hearing, Court takes matter under advisement." | |
| | | United States of America's Memorandum in Opposition to Pltfs' Motion for Preliminary injunction, FILED, c/s. | |

DC-111A REV. (1/75)