

U.S. Department of Justice

Civil Rights Division

DJP:OTH:KTT:llc
DJ 170-36-20

Employment Litigation Section - PHB
950 Pennsylvania Avenue, NW
Washington, DC 20530
www.usdoj.gov/crt/emp

JUN 22 2006

Ms. Sarah Allison Thornton
Clerk of the Court
United States District Court for the
 District of Massachusetts
1 Courthouse Way
Boston, MA 02210

RECEIVED
Clerk's Office
USDC, Mass.
Date 6-26-06
By CHL
Deputy Clerk

RE: Closure of United States v. City of Boston, et. al.,
371 F.Supp. 507 (D.Mass. 1974)

Dear Ms. Thornton:

Enclosed please find Plaintiff United States' Motion to Dissolve Consent Decree and Dismiss Case, as well as a memorandum in support, and a proposed order. On March 27, 2003, the United States Court of Appeals for the First Circuit ruled that a consent decree entered by the United States, the City of Boston and the Massachusetts Civil Service Commission in *U.S. v. Boston*, 371 F.Supp. 507 (D.Mass. 1974), aff'd, 504 F.2d 1017 (1st Cir. 1974), cert. denied, 421 U.S. 910 (1975), was no longer enforceable. See *Quinn v. City of Boston*, 325 F.3d 18 (1st Cir. 2003), reh'g denied No. 02-1727 (1st Cir. May 1, 2003).

In light of the decision in *Quinn*, it appears that the District Court could close *U.S. v. Boston*, without prejudice to any of the parties. As you know, except for the City of Boston, all of the jurisdictions that were originally covered by the consent decree were released from the consent decree prior to the decision in *Quinn*. Therefore, after the *Quinn* decision, the United States no longer has any interests that would be prejudiced by closing this case. However, the City of Boston and the NAACP, which were parties to both *U.S. v. Boston* and *Quinn*, may have some remaining interest in *U.S. v. Boston*. For this reason, I have copied this correspondence to both the City of Boston and the NAACP should either party wish to object to the closure of *U.S. v. Boston*.

If you required any further information about that matter, please contact me at (202) 616-9504.

        Sincerely,

        David J. Palmer
        Chief
        Employment Litigation Section

By:

        Kathleen Toomey
        Attorney
        Employment Litigation Section

Enclosures

cc: Susan Weise, Esq.
  Nadine Cohen, Esq.