IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON CHAPTER, NAACP, INC., et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action Nos. 72-3060, 73-269-PBS |
| NANCY B. BEECHER, et al., | : |
| Defendants. | : |

| | |
|---|---|
| PEDRO CASTRO, et al., | : |
| Plaintiffs, | : |
| v. | : Civil Action Nos. 70-1220-W, 74-2982-C |
| NANCY B. BEECHER, et al., | : |
| Defendants. | : |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTION TO MODIFY**

By and through this joint motion, the parties hereby request that the Court extend by two weeks, until November 15, 2017, the deadline for filing a motion or motions to modify the consent decrees at issue in this case. The reason for the motion is to allow the parties additional time to discuss modifications to the consent decrees, including the extent to which any such proposals can be submitted jointly. To be clear, the parties are not asking for an extension of the deadline to file any opposition(s) to the motion(s) to modify, which is set for December 1, 2017. The parties are also not asking to move the scheduled hearing on the motion(s) to modify, which is set for December 6, 2017

WHEREFORE, the parties respectfully request that the Court grant this motion and extend the deadline for filing a motion or motions to modify the consent decrees to November 15, 2017.

Respectfully submitted,

| | |
|---|---|
| */s/ Kevin S. Prussia* | */s/ Robert E. Toone* |
| Kevin S. Prussia (BBO #666813) | Robert E. Toone (BBO #663249) |
| Caitlin W. Monahan (BBO #681924) | Robert L. Quinan, Jr. (BBO #553010) |
| WILMER CUTLER PICKERING HALE AND DORR LLP | OFFICE OF THE ATTORNEY GENERAL |
| 60 State Street | One Ashburton Place, 20th Floor |
| Boston, MA 02109 | Boston, MA 02108 |
| (617) 526-6000 | (617) 727-2200 |
| kevin.prussia@wilmerhale.com | robert.toone@state.ma.us |
| caitlin.monahan@wilmerhale.com | robert.quinan@state.ma.us |

Oren M. Sellstrom (BBO #569045)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS
AND ECONOMIC JUSTICE
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 482-1145
osellstrom@lawyerscom.org

*Counsel for Plaintiff Boston Branch of the NAACP and Plaintiff-Intervenors MAMLEO and Vulcans*

*Counsel for Defendants*

Dated: October 30, 2017

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to non-registered participants on October 30, 2017.

                                          */s/ Kevin Prussia*
                                          Kevin S. Prussia