# EXHIBIT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON CHAPTER, NAACP, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> NANCY B. BEECHER, et al., <br><br> Defendants. | Civil Action Nos. 72-3060, 73-269-PBS |
| PEDRO CASTRO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NANCY B. BEECHER, et al., <br><br> Defendants. | Civil Action Nos. 70-1220-W, 74-2982-C |

## **AFFIDAVIT OF JAMES BARRON**

I, James Barron, hereby depose and state, upon my personal knowledge and under oath, the following:

1. I serve as Assistant Director of Civil Service at the Human Resources Division ("HRD"). I have served in the Civil Service Unit, Certification and Appointments team at HRD for 8 years.

2. In my role as Assistant Director, I provide guidance to Municipalities looking to hire and promote under the Civil Service Rules and Regulations.

3. In 2016, I started assisting with the reordering and issuing of consent decree certifications under the modified consent decrees, reordering the certification after the initial signing period and the 30-day mark. Part of my responsibilities also include reviewing and forwarding all

1

candidate bypass letters to Plaintiff's Counsel for review and response.

4. On February 4, 2022, HRD issued a survey by email via google forms link. The intent of the survey was to learn more about the projected hiring of those Municipalities/Appointing Authorities under the consent decrees during the next one to five years. A true and accurate copy of the Projected Hire Survey is attached as Attachment A. HRD collected the responses by google forms.

5. The Projected Hire Survey was sent to the following Municipalities/Appointing Authorities (seven police and four fire departments) remaining under the consent decrees:

- Brockton Police Department
- Chelsea Police Department
- Holyoke Police Department
- Lawrence Police Department
- Randolph Police Department
- Springfield Police Department
- Worcester Police Department
- Chelsea Fire Department
- Holyoke Fire Department
- Lawrence Fire Department
- Springfield Fire Department

6. The results of the Projected Hire Survey for each of the 11 Municipalities/Appointing Authorities, including from 2017-2022, hirings in progress, projected hires for current calendar year 2022, and projected hires within the next three years, are attached as Attachment B.

7. After the survey results were compiled, HRD reviewed the last six years of each Consent Decree Appointing Authority's overall demographics, hiring data and applicant demographics. The results of that review are attached for the 11 Municipalities/Appointing Authorities as follows: for the police departments: (1) Brockton (Attachment C), (2) Chelsea (Attachment D), (3) Holyoke (Attachment E), (4) Lawrence (Attachment F), (5) Randolph (Attachment G), (6) Springfield (Attachment H), and (7) Worcester (Attachment I); and for the fire

2

    departments (1) Chelsea (Attachment J), (2) Holyoke, (Attachment K), (3) Lawrence (Attachment L), and (4) Springfield (Attachment M).

8. Meanwhile, HRD continues to provide the information to the parties, as required under the modified consent decrees.

9. In September 2016, this Court directed the parties to assess any adverse impact of the pre-modification decrees on Black or Hispanic candidates in the relevant municipalities, and to determine whether any remedial measures would be appropriate. The parties requested and the Court allowed 55 candidates to be placed "at the top of any current or future certifications used for appointment to police of firefighter positions in their respective municipalities until such time as each candidate is appointed, is bypassed, or declines further hiring consideration." Of the nine minority firefighter candidates who were placed at the top of hiring certifications, seven were hired, one candidate is employed as a Lawrence police officer and has not responded to the opportunity to be considered for a position of firefighter three times, and the ninth candidate has failed to respond to notice of a job vacancy three times. Of the 46 minority police officer candidates who were placed at the top of hiring certifications, 16 candidates were hired, 10 were bypassed for cause, 17 failed to respond to job vacancy notices a minimum of three times, one failed to complete at least one mandatory aspect of the hiring process, one failed a medical exam twice, and one failed the Physical Ability Test twice. All 55 minority candidates have exhausted their remedial measures applied by the Court.

10. Recently, HRD instituted an annual exam cycle for entry-level police officers and firefighters. The expectation is that the annual cycle will allow for greater opportunities for those interested in becoming a police officer or firefighter. HRD will promote the exam and recruit applicants for both titles on a year-round basis. HRD has compiled two charts featuring the percentage of

Black or Hispanic applicants in relation to the total number of applicants representing the last four exam cycles for the seven remaining police departments from 2017-2022, which include Brockton, Chelsea, Holyoke, Lawrence, Randolph, Springfield, and Worcester (Attachment N); and the last three exam cycles for the four remaining fire departments from 2018-2021, which include Chelsea, Holyoke, Lawrence, and Springfield (Attachment O).

11. HRD continues to contract with an outside testing expert to create and administer the entry level exams.

12. Upon information and belief, the Special Legislative Commission to Study and Examine the Civil Service Law, Personnel Administration Rules, Hiring Procedures, and By-Laws for Municipalities not Subject to the Civil Service Law and State Police Hiring Practices (Attachment P) made the following recommendations related to HRD's role in entry-level hiring:

    - Adopt 3n+1 hiring formula to allow for a greater application pool;
    - Create scholarships to create a diversity pipeline for firefighter applicants;
    - Reduce exam fees and revise fee waiver system;
    - Create Office of Diversity and Inclusion with a manager and two coordinators whose sole focus is to recruit and address diversity in Civil Service hiring; and
    - Enhance flexibility with the use of special certifications.

SIGNED UNDER PAINS AND PENALTIES OF PERJURY, APRIL 5, 2022.

*James Barron*
James Barron (Apr 5, 2022 11:02 EDT)

James Barron
Apr 5, 2022

4