IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON CHAPTER, NAACP, INC., et al.,<br><br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>NANCY B. BEECHER, et al.,<br><br>　　　Defendants. | Civil Action Nos. 72-3060, 73-269-PBS |
| PEDRO CASTRO, et al.,<br><br>　　　Plaintiffs,<br><br>　　　　　v.<br><br>NANCY B. BEECHER, et al.,<br><br>　　　Defendants. | Civil Action Nos. 70-1220-W, 74-2982-C |

## NOTICE OF WITHDRAWAL

Please remove my name from the docket as counsel of record for the Commonwealth of Massachusetts and all other state defendants in the above-captioned actions.

Respectfully submitted,

MAURA HEALEY
ATTORNEY GENERAL

/s/ *LaRonica K. Lightfoot*
LaRonica K. Lightfoot, BBO #569350
Assistant Attorney General
Government Bureau
One Ashburton Place, 20th Floor
Boston, Massachusetts 02108
(617) 963-2357
LaRonica.Lightfoot@mass.gov

Dated: July 6, 2022

**CERTIFICATE OF SERVICE**

      I certify that this document, filed through the Court's ECF, system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on July 6, 2022.

                                              */s/ LaRonica K. Lightfoot*
                                              LaRonica K. Lightfoot
                                              Assistant Attorney General