UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSTON CHAPTER, NAACP, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> NANCY B. BEECHER, et al., <br><br> Defendants. | Civil Action Nos. 72-3060, 73-269-PBS |
| PEDRO CASTRO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NANCY B. BEECHER, et al., <br><br> Defendants. | Civil Action Nos. 70-1220-W, 74-2982-C |

### [JOINT PROPOSED] ORDER TO MODIFY CONSENT DECREES

WHEREAS, the Court entered a consent decree in the case captioned *Castro v. Beecher*, No. 70-1220-W, No. 74-2982-C (D. Mass., June 27, 1975) (the "*Castro* decree"), subsequently supplemented, that stipulated, *inter alia*, a method by which the Human Resources Division for the Commonwealth of Massachusetts ("HRD") would certify for appointment Black and Hispanic ("minority") police officer candidates in municipalities subject to the *Castro* decree;

WHEREAS, the Court entered a consent decree in the case captioned *Boston Chapter, NAACP, Inc. v. Beecher*, 371 F. Supp. 507, 520 (D. Mass. 1974) (the "*Beecher* decree"), subsequently supplemented, that stipulated, *inter alia*, a method by which HRD would certify for appointment minority firefighter candidates in municipalities subject to the *Beecher* decree;

WHEREAS, there are presently four police departments that remain subject to the *Castro* decree; namely, the City of Lawrence police department, the City of Chelsea police department, the City of Holyoke police department, and the Town of Randolph police department;

WHEREAS, there are presently three fire departments that remain subject to the *Beecher* decree; namely, the City of Chelsea fire department, the City of Holyoke fire department, and the City of Lawrence fire department;

WHEREAS, on July 17, 2018, the Court issued an order (Dkt. 74) providing that the parties shall appear before the Court on a yearly basis by no later than March 15 each year or at another time set by the Court in order to update the Court as to the operation and status of the Decrees and providing that the parties will meet at least 90 days in advance of the yearly status conference to discuss the operation and status of the Decrees and any proposed modifications;

WHEREAS, on July 15, 2022, the Court issued an order (Dkt. 101) providing that the City of Lawrence police department and the City of Chelsea police department will be released from the *Castro* decree effective December 31, 2022;

WHEREAS, the Court further ordered on July 15, 2022 (Dkt. 101) that, on December 15, 2022, HRD shall submit a status report regarding the progress in the Lawrence and Chelsea police departments; and

WHEREAS, the Court issued a Memorandum and Order on August 17, 2022 (Dkt. 103), ordering that the *Castro* decree and the *Beecher* decree ("Consent Decrees") be modified to terminate effective December 31, 2024, and describing the reasons for such order.

NOW, THEREFORE, IT IS HEREBY ORDERED that the Consent Decrees be modified as follows:

1. The *Castro* decree shall terminate effective December 31, 2024.

2. The *Beecher* decree shall also terminate effective December 31, 2024.

3. The parties shall continue to submit yearly status reports to the Court in accordance with the Court's July 17, 2018 order, and the parties shall continue to meet and confer 90 days in advance of the yearly status report submission to discuss the operation and status of the Decrees.

IT IS ORDERED.

Dated: 9\19\22

Hon. Patti B. Saris
UNITED STATES DISTRICT JUDGE
United States District Court for the District of Massachusetts