**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| BOSTON CHAPTER, NAACP, INC., et al.,<br>Plaintiffs,<br>v.<br>NANCY B. BEECHER, et al.,<br>Defendants. | Civil Action Nos. 72-3060, 73-269-PBS |
| PEDRO CASTRO, et al.,<br>Plaintiffs,<br>v.<br>NANCY B. BEECHER, et al.,<br>Defendants. | Civil Action Nos. 70-1220-W, 74-2982-C |

## JOINT STATUS REPORT

Pursuant to the Court's *Order to Modify Consent Decrees* dated September 19, 2022 (Dkt. 106) and the Court's *Order to Modify Governing Decrees* date July 17, 2018 (Dkt. 74), the parties jointly submit this annual status report.

I.     **Progress of the Remaining Municipalities Toward Rough Parity**

The firefighter Decree remains binding on three municipalities:  Chelsea, Holyoke, and Lawrence.  The police Decree remains binding on two municipalities:  Holyoke and Randolph. Where vacancies in a given department are few in a given year, significant progress toward rough parity is likely to be hampered.  The parties have attached as Exhibit 1 the underlying data of Black or Hispanic police officers and firefighters from 2016 to 2023 for the consent-decree-bound

departments that was compiled by HRD.  Data compiled by HRD in January of 2024 reflects the following movements toward party:

### A. <u>Progress Among Fire Departments</u>

i. The Decree-defined "minority" complement within the Chelsea Fire Department rose between 2016 and the end of 2023, from 28.1% to 43.3%.  The parity benchmark approved by the Court is 74.9%.

ii. The minority complement within the Holyoke Fire Department rose between 2016 and the end of 2023, from 20.8% to 50.0%.  The parity benchmark approved by the Court is 55.5%.

iii. The minority complement within the Lawrence Fire Department rose between 2016 and the end of 2023, from 34.4% to 41.3%.  The parity benchmark approved by the Court is 77.8%.

### B. <u>Progress Among Police Departments</u>

i. The minority complement within the Holyoke Police Department rose between 2016 and the end of 2023, from 28.6% to 43.8%.  The parity benchmark approved by the Court is 49.8%.

ii. The minority complement within the Randolph Police Department rose between 2016 and the end of 2023, from 26.1% to 48.0%.  The parity benchmark approved by the Court is 49%.

## II. <u>Conclusion</u>

Given the progress being realized in a clear majority of the remaining Decree-governed departments, and the lack of any controversies over implementation of the Decrees, the parties are

not requesting a court hearing at this time. Counsel remain prepared, however, to address any

questions the Court might have upon reviewing this status report.

Respectfully submitted,

/s/ Kevin S. Prussia
Kevin S. Prussia (BBO #666813)
Makenzi G. Herbst (BBO #709263)
WILMER CUTLER PICKERING HALE AND
DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000
kevin.prussia@wilmerhale.com
makenzi.herbst@wilmerhale.com

/s/ Kimberly Parr
Kimberly A. Parr, BBO No. 679806
Assistant Attorney General
Office of the Attorney General of
Massachusetts
One Ashburton Place
Boston, MA 02108
Direct: (617) 963-2489
Kimberly.Parr@mass.gov

*Counsel for Defendants*

Oren M. Sellstrom (BBO #569045)
LAWYERS FOR CIVIL RIGHTS
61 Batterymarch Street, 5th Floor
Boston, MA 02110
(617) 988-0608
osellstrom@lawyersforcivilrights.org

*Counsel for Plaintiff Boston Branch of the
NAACP and Plaintiff-Intervenors
MAMLEO and Vulcans*

Dated: March 15, 2024

3

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Kevin S. Prussia*
Kevin S. Prussia